1030

No. 14, Original. SOUTH CAROLINA v. GEORGIA. The motion for leave to file bill of complaint is denied. *T. C. Callison,* Attorney General, for the State of South Carolina, plaintiff. *Eugene Cook,* Attorney General, *E. Freeman Leverett, Assistant Attorney General,* and *Thomas H. Gignilliat,* Deputy Assistant Attorney General, for the State of Georgia, defendant.

No. 597, Misc. REESE v. CALIFORNIA ET AL. Application for stay of execution denied. Petition for writ of certiorari to the Supreme Court of California denied.

No. 530, Misc. MULLINS v. BARKSDALE, U. S. DISTRICT JUDGE, ET AL. Motion for leave to file petition for writ of mandamus and for other relief denied.

No. 741. WEYERHAEUSER STEAMSHIP CO. v. NACIREMA OPERATING CO., INC. C. A. 2d Cir. Certiorari granted. *William Garth Symmers* and *Frederick Fish* for petitioner. *Oscar A. Thompson* for respondent.

No. 713. DELSEA CORPORATION v. FLICKSTEIN, TRUSTEE IN BANKRUPTCY, ET AL.; and
No. 717. VELORIC ET AL. v. COLLEGE HALL FASHIONS & SYNTHETIC SPECIALISTS, INC. .C. A. 3d Cir. Certiorari denied. *Jerome L. Markovitz* for petitioner in No. 713. *Morris M. Wexler* for Veloric, and *William M. Keenan* and *James Alan Montgomery, Jr.* for Fidelity-Philadelphia Trust Co., petitioners in No. 717. *David Goldberg* for respondents in No. 717. Reported below: 238 F. 2d 155.